[No. 50833-4-I.  Division One.  September 8, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW GARRETT SILVA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01949-9, Charles S. French, J., entered August 1, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50869-5-I.  Division One.  September 8, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN ZUBAL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-00201-0, Catherine D. Shaffer, J., entered July 29, 2002. *Affirmed* by unpublished opinion per Cox, A.C.J., concurred in by Kennedy and Schindler, JJ.

[No. 50963-2-I.  Division One.  September 8, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES EDWARD DELAURO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-02723-3, Carol A. Schapira, J., entered August 19, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51058-4-I.  Division One.  September 8, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY WILLIAM FAAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-01596-1, Cheryl B. Carey, J., entered August 16, 2002. *Affirmed* by unpublished per curiam opinion.